```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------ X

LUCY APONTE,

                Plaintiff,          **ORDER**

     -against-                      05-CV-4572 (ILG)(KAM)

BORGATA HOTEL CASINO AND SPA, BROWN
JORDAN INTERNATIONAL and CHARTER
FURNITURE COMPANY,

                Defendants.

------------------------------------ X
```
MATSUMOTO, United States Magistrate Judge:

       The unopposed application by defendants Brown Jordan International ("BJI") and Charter Furniture Company ("CFC"), to compel discovery and for other relief, is granted in part and denied in part. The Court orders as follows: (1) On or before 8/18/06, defendant Borgata Hotel and Casino shall respond to BJI and CFC's notice for production of documents. (2) On or before 8/18/06, plaintiff shall supplement her discovery responses to BJI and CFC's notice for production and interrogatories, as set forth in the letter from Louis A. Schepp to Mary M. Looby, dated 6/15/06 (Ex. D to Doc. No. 21, Motion to Compel), with the following exception: plaintiff need not provide, at this time, a social security number for Ivan Lopez, or an authorization for defendants to obtain a copy of plaintiff and Mr. Lopez's last joint tax return. Rather, plaintiff shall provide to defendant all last known contact information for Mr. Lopez, including any phone numbers, addresses, and employment information. (3) By

8/18/06, plaintiff shall file with the Court an affidavit setting forth her efforts to obtain contact information for Mr. Lopez. (4) By 8/25/06, defendants BJI and CFC shall submit to the Court factual and legal support for the proposition that a party may compel an individual to provide another individual's social security number and demonstrating a "particularized need" for the social security number. <u>Entral Group Int'l, LLC v. YHCL Vision Corp.</u>, No. Civ. 05 1912, 2006 WL 1589844 (E.D.N.Y. June 7, 2006). (5) On or before 8/16/06, plaintiff shall provide defendants with a verification for plaintiff's responses to BJI and CFC's interrogatories. The Court notes that, by separate order, United States District Judge I. Leo Glasser has granted BJI and CFC's request for an extension of time to implead Tru-Wood Furniture.

**SO ORDERED.**
Dated: August 11, 2006
       Brooklyn, New York

                                      /s/
                              **Kiyo A. Matsumoto**
                              United States Magistrate Judge
                              Eastern District of New York